IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BURNS and SUTTIYA WANADEE, H/W, | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : DOCKET NO. 2:24-cv-02690-MMB |
| BOROUGH OF DOYLESTOWN; CENTRAL BUCKS REGIONAL POLICE DEPARTMENT; BUCKS COUNTY DEPARTMENT OF CORRECTIONS; JOSHUA ALBILLAR, CORPORAL; TIMOTHY CONBOY, POLICE OFFICER; SOLEBURY TOWNSHIP; SOLEBURY TOWNSHIP POLICE DEPARTMENT; MEGAN C. KLOSTERMAN; BRENDAN MURPHY; and JOHN DOES 1-10. | : |
| Defendants. | : |

**ORDER**

AND NOW, this 27th day of September 2024, IT IS ORDERED that upon consideration of the Stipulation to Amend to Correct the Name of a Party, as signed by all counsel, and pursuant to Fed. R. Civ. P. Rule 15 and Fed. R. Civ. P. 41(a)(1)(A)(ii), , it is hereby **ORDERED** as follows:

1. The clerk of court shall **AMEND** the caption to substitute "Central Bucks Regional Police Commission," whose address is 229 N. Broad Street, Doylestown, PA 18901, for Defendant "Borough of Doylestown;"

2. Paragraphs 3, 6-9, 24, 26, 57, 58, 81, 82, 84, 86, 100-102, 107, 108, 128, 138-140, 144-153, and 167, as well as Headings C & D to the Factual Background section and Count III, of Plaintiffs' Second Amended Complaint (ECF 27) are **AMENDED** to substitute "Central Bucks Regional Police Commission" for Defendant "Borough of Doylestown;"

3. Defendant, Borough of Doylestown is dismissed without prejudice;

4. Defendants, Solebury Township Police Department, Solebury Township, Megan C. Klosterman and Brendan Murphy are dismissed with prejudice; and

5. Each party will bear their own attorney's fees, expenses, and costs.

Neither the Stipulation of the parties nor this Order shall be deemed as a waiver of any rights or defense that any Defendant may later raise in this matter.

**BY THE COURT:**

/s/ Michael M. Baylson
THE HONORABLE MICHAEL M. BAYLSON