IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BURNS, et al., | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| CENTRAL BUCKS REGIONAL | : | No. 24-2690 |
| POLICE DEPARTMENT ET AL, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 4th day of November, 2024, upon consideration of Defendant's October 30, 2024 letter request for Leave of Court to file a Reply to Plaintiffs' Opposition, it is **ORDERED** that the request is **GRANTED** and Defendant shall file its reply on or before **November 15, 2024**.

BY THE COURT:

**MARY KAY COSTELLO**
**UNITED STATES DISTRICT JUDGE**

1