### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN BURNS and SUTTIYA WANADEE, H/W,**<br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>**BOROUGH OF DOYLESTOWN, et al.**<br>　　　　*Defendants.* | Civil No. 24-2690 |

### ORDER

**AND NOW,** on this 7th day of October, 2025, upon consideration of Defendant Bucks County Department of Corrections' Motion to Dismiss Count IV of Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 41) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Mary Kay Costello*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO, J.